UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

MICHAEL S. CRAMER,                    )
                                      )
                Plaintiff,            )
v.                                    )        No. 1:08-CV-176
                                      )
MICHAEL J. ASTRUE,                    )        Chief Judge Curtis L. Collier
Commissioner of Social Security,      )
                                      )
                Defendant.            )

## JUDGMENT ORDER

On July 29, 2009, United States Magistrate Judge William B. Mitchell Carter filed a report

and recommendation ("R&R") in this case, pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P.

72(b) (Court File No. 22). Neither party has objected to the R&R within the given ten days.

After reviewing the record, this Court agrees with the R&R. The Court hereby **ACCEPTS**

and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations.

Accordingly, the Court **ORDERS**:

(1)     Plaintiff's motion for judgment on the pleadings (Court File No. 12) seeking remand
        under Sentence Four of 42 U.S.C. § 405(g) is **GRANTED**;

(2)     Defendant's motion for summary judgment (Court File No. 19) is **DENIED**; and

(3)     The Commissioner's decision, denying benefits is **REVERSED** and **REMANDED**
        pursuant to Sentence Four of 42 U.S.C. § 405(g).

**SO ORDERED.**

**ENTER:**

**/s/**_____
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**