UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| MICHAEL S. CRAMER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:08-CV-176 |
| ) | |
| MICHAEL J. ASTRUE, ) | Chief Judge Curtis L. Collier |
| Commissioner of Social Security ) | |
| ) | |
| Defendant. ) | |

### JUDGMENT ORDER

United States Magistrate Judge William B. Mitchell Carter filed his report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and *Fed. R. Civ. P.* 72(b) (Court File No. 29). Neither party filed objections within the given ten (10) days.

The Court **ACCEPTS** and **ADOPTS** the magistrate judge's finding of fact, conclusions of law, and recommendations pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b).

Accordingly, the Court **ORDERS**:

(1) Plaintiff's motion for attorney fees (Court File No. 24) is **GRANTED**.

(2) Plaintiff is **AWARDED** $2,790.30 in attorney fees.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
　　s/ *Patricia L. McNutt*　　
　　　CLERK OF COURT